IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETERSON MANUEL,** | : | CIVIL ACTION NO. 1:15-CV-274 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **NRA GROUP, LLC** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 5th day of August, 2016, upon consideration of the cross-motions (Docs. 20, 21) for summary judgment by plaintiff Peterson Manuel ("Manuel") and defendant NRA Group, LLC ("NRA"), respectively, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Manuel's motion (Doc. 20) for summary judgment is GRANTED in part and DENIED in part as follows:

    a. The motion is GRANTED with respect to Manuel's claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227, set forth in Count I of the complaint (Doc. 1).

    b. The motion is DENIED with respect to Manuel's request for treble damages.  (See id. ¶ 22).

2. NRA's motion (Doc. 21) for summary judgment is DENIED.

3. The Clerk of Court is instructed to DEFER entry of judgment pending trial on the issue of treble damages.

4.	The parties are directed to meet and confer with the goal of developing an appropriate schedule for further proceedings.  On or before **Friday, August 19, 2016**, the parties shall submit a joint proposed schedule to the court, or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

> /S/ CHRISTOPHER C. CONNER
> Christopher C. Conner, Chief Judge
> United States District Court
> Middle District of Pennsylvania