

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETERSON MANUEL, | : | CIVIL ACTION NO. 1:15-CV-274 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| NRA GROUP, LLC, | : | |
| Defendant | : | |

FILED
HARRISBURG, PA
DEC 1 3 2016
Per_____, CLERK

## VERDICT FORM

WE THE JURY find as follows:

### Question 1:

Do you find, by a preponderance of the evidence, that NRA Group made one or more calls to Mr. Manuel's cell phone willfully or knowingly?

\_\_\_ Yes     X No

*If your answer is "Yes," proceed to the next question. If your answer is "No," proceed to Final Instructions.*

### Question 2:

How many calls do you find that NRA Group made willfully or knowingly?

Number: _____

*Proceed to Final Instructions.*

**Final Instructions:**

You have completed the verdict form. Have your foreperson sign and date the form below and seal it in an envelope. Then, inform the bailiff that you have reached a unanimous verdict.

Do not give the envelope to the bailiff. Your foreperson should retain it until it is requested by the judge when court reconvenes.

_____
JURY FOREPERSON

Dated: 12/13/2016