# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| PETERSON MANUEL,<br>*Plaintiff*<br>v.<br>NRA GROUP, LLC,<br>*Defendant* | Civil Action No.  1:15-CV-0274<br>(Chief Judge Conner) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

X  other:  JUDGMENT be and is hereby ENTERED in favor of defendant NRA GROUP, LLC, and against plaintiff PETERSON MANUEL, in accordance with the jury verdict rendered in this matter on December 13, 2016, (Doc. 86).

This action was *(check one)*:

X  tried by a jury with Judge or Magistrate Judge   Chief Judge Christopher C. Conner   presiding, and the jury has rendered a verdict.

☐  tried by Judge or Magistrate Judge _____ without a jury and the above decision decided by Judge or Magistrate Judge _____

Date:   Dec 13, 2016

PETER WELSH, *ACTING CLERK OF COURT*

K. McKinney

*Signature of Clerk or Deputy Clerk*