UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1124
_____

PETERSON MANUEL

v.

NRA GROUP LLC; DOES 1-10


NRA Group, LLC,
    Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-15-cv-00274)
District Judge:  Honorable Christopher C. Conner

_____

ARGUED
November 6, 2017

Before:   JORDAN, HARDIMAN and SCIRICA, *Circuit Judges.*

(Filed: January 12, 2018)
_____

JUDGMENT
_____

  This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on November 6, 2017.  On consideration whereof,

      It is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered August 5, 2016 is hereby AFFIRMED.  All of the above in accordance with the opinion of the Court.  Costs to be assessed against Appellant.

                          ATTESTED:

                          <u>s/ Patricia S. Dodszuweit</u>
                          Clerk of the Court

DATED:  January 12, 2018